Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 21−10488−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Constantini | Michelle Constantini |
| 1 Cullen Way | 1 Cullen Way |
| Yardville, NJ 08620 | Yardville, NJ 08620 |

Social Security No.:
  xxx−xx−8112                                  xxx−xx−2145

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2021.


Dated: March 19, 2021
JAN: dmi

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10488-CMG |
| Michael Constantini | Chapter 13 |
| Michelle Constantini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 19, 2021 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Constantini, Michelle Constantini, 1 Cullen Way, Yardville, NJ 08620-9795 |
| 519079445 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 519079444 | + | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437-1118 |
| 519118415 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519107340 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519079454 | | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 519079455 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519108729 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519079457 | | State of New Jersey Department of the, Treasury Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 519079458 | | State of New Jersey Dept. of Labor &, Workforce Development, P.O. Box 951, Trenton, NJ 08625-0951 |
| 519079461 | + | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519107706 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519107106 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 19 2021 21:10:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519084603 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 19 2021 21:13:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519079447 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 19 2021 23:37:46 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285 |
| 519079446 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 20 2021 00:03:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519107095 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 23:39:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519107093 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 20 2021 00:05:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519079450 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 23:51:16 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 21-10488-CMG  Doc 19  Filed 03/21/21  Entered 03/22/21 00:54:37  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: plncf13 | Total Noticed: 30 |

| 519079451 | + Email/Text: mediamanagers@clientservices.com | | |
|---|---|---|---|
| | | Mar 19 2021 21:10:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 519079453 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 19 2021 21:12:00 | Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 519079448 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Mar 19 2021 23:49:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519140478 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 19 2021 23:38:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 519137549 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 20 2021 00:04:29 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519079456 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Mar 19 2021 21:14:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519079459 | + Email/Text: bncnotices@stengerlaw.com | | |
| | | Mar 19 2021 21:11:00 | Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 519079460 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 20 2021 00:02:20 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519080930 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 20 2021 00:02:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519079452 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 519079449 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519118417 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519079462 | *+ | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 19, 2021 | Form ID: plncf13 | Total Noticed: 30 |

Denise E. Carlon
    on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin C. Fayette
    on behalf of Joint Debtor Michelle Constantini kfayette@kevinfayette.com

Kevin C. Fayette
    on behalf of Debtor Michael Constantini kfayette@kevinfayette.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5