| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of Kevin Fayette, LLC<br>1675 Whitehorse - Mercerville Road<br>Hamilton, New Jersey 08016<br>(609) 584-0600<br><br>In Re: Michael & Michelle Constantini | **Order Filed on September 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 21-10488<br><br>Hearing Date: 9/7/2022<br><br>Judge: CMG |

## ORDER APPROVING MORTGAGE PAYMENT DEFERRAL
## DUE TO COVID 19

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 21-10488-CMG
Order Approving Mortgage Payment Deferral Due to Covid 19
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED :   It is hereby approved that the Mortgage Payments are in fact deferred Due to Covid 19. The repayment of the deferred amount of $ 38,630.59 will be due when the Debtor's payoff the Mortgage, sell or refinances the home.