UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse - Mercerville Road
Hamilton, New Jersey 08016
(609) 584-0600

In Re: Michael & Michelle Constantini

**Order Filed on September 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 21-10488

Hearing Date: 9/7/2022

Judge: CMG

# ORDER APPROVING MORTGAGE PAYMENT DEFERRAL
## DUE TO COVID 19

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 21-10488-CMG
Order Approving Mortgage Payment Deferral Due to Covid 19
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED :    It is hereby approved that the Mortgage Payments are in fact deferred Due to Covid 19. The repayment of the deferred amount of $ 38,630.59 will be due when the Debtor's payoff the Mortgage, sell or refinances the home.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-10488-CMG

Michael Constantini  Chapter 13

Michelle Constantini

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Sep 07, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Constantini, Michelle Constantini, 1 Cullen Way, Yardville, NJ 08620-9795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Michelle Constantini kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Michael Constantini kfayette@kevinfayette.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6